# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| STEPHANIE CATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:20-cv-02332-TLP-cgc |
| v. ) | |
| ) | JURY DEMAND |
| WYATT EARP'S STEAK HOUSE LLC, ) | |
| ADAM KELLEY, and PAMELA KELLEY, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT AS TO DEFENDANT PAMELA KELLEY ONLY

**JUDGMENT BY COURT**. This action came before the Court on Plaintiff's Complaint, filed on May 6, 2020. (ECF No. 1.) In accordance with the Stipulation of Dismissal of Defendant Pamela Kelley only (ECF No. 39), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**, as to Defendant Pamela Kelley only.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

June 14, 2021
Date